IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SANDRO LOMEDICO and KEVIN J. NIBLOCK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARINEMAX, INC., <br><br> Defendant. | Case No.: 8:24-cv-1784-MSS-AEP |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT

Plaintiffs, pursuant to Local Rule 3.01(a), respectfully move this Court for an order extending the page limit for their Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiffs have conferred with counsel for MarineMax, Inc. ("Defendant") and Defendant does not oppose this motion.

The justification for this requested extension is as follows:

1. Following the Parties' agreement to a settlement in this action against Defendant, and the Court's Order staying the action and requiring the parties to inform the Court of the status of this case by February 20, 2025 [DE# 26], Plaintiffs are prepared to file their Unopposed Motion for Preliminary

Approval of Class Action Settlement and incorporated memorandum of law ("Motion for Preliminary Approval").

2. Plaintiffs' Motion for Preliminary Approval will detail Plaintiffs', and the Settlement Class's claims and legal theories, the procedural history, terms of the settlement, class counsels' efforts in litigating the claims and reaching the settlement, and the law that supports preliminary approval and settlement class certification.

3. Plaintiffs have diligently endeavored to keep the Motion for Preliminary Approval within the 25-page limit set forth in Local Rule 3.01(a). However, due to the detailed factual background, litigation history, and legal argument contained therein, they respectfully request permission to exceed that limit by 13 pages for a total of 38 pages. This will allow Plaintiffs to thoroughly advise the Court of all aspects of the settlement and to provide all information necessary to properly and preliminarily evaluate the settlement to ensure it is likely to be approved as fair, reasonable and adequate, to certify the settlement class, and to approve the notice program and claims process.

4. Plaintiffs respectfully submit the Court will benefit from the additional briefing.

Accordingly, Plaintiffs respectfully request the Court grant this motion permitting Plaintiffs to file their 38-page Motion for Preliminary Approval as Plaintiffs have demonstrated diligence and good cause for this requested relief,

and the Defendant does not oppose.

Dated: January 31, 2025          Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (FL Bar # 56299)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2ND Floor
Coral Gables, FL 33134
Telephone: (786) 879-8200
mweekes@milberg.com

Brittany Resch (*Pro Hac Vice*)
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
bresch@straussborrelli.com

*Counsel for Plaintiffs and
the Proposed Class*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for Defendant and is authorized to state that all consent to the relief requested in this Motion.

*/s/ Mariya Weekes*
Mariya Weekes

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, the foregoing document was filed electronically with the Clerk of Court to be served by operations of the Court's electronic filing system on all parties of record.

*/s/ Mariya Weekes*
Mariya Weekes
